Commonwealth *v.* Smith, Appellant.

 Submitted June 12, 1967. *Anthony
J. McMahon* and *Melvin Dildine,* Assistant Defenders,
and *Herman I. Pollock,* Defender, for appellant; *Robert M. Borden* and *Alan J. Davis,* Assistant District
Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney,
for Commonwealth, appellee.

Judgment of sentence affirmed.